Fred W. KRINARD and R. G. Krinard, etc., et al., Appellants, v. GROWERS' ADVISORY COMMITTEE, Appellee.

No. 10568.

Circuit Court of Appeals, Ninth Circuit.

Sept. 28, 1944.

G. V. Weikert, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Wm. W. Worthington, Asst., U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

Luis Felipe Redondo LOPEZ, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 11135.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Luis Felipe Redondo Lopez, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.

Elden W. MOSER, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 11054.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Elden W. Moser, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is affirmed.

NATIONAL LAUNDRY COMPANY, a Corporation, Appellant, v. Franklin MILLER, Guy Tipton, and Jacob Stocke, Constituting a Tripartite Panel of the Regional War Labor Board, Region VII.

No. 12858.

Circuit Court of Appeals, Eighth Circuit.

Sept. 5, 1944.

Charles H. Spoehrer, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed on motion of appellees and stipulation of parties, at cost of appellant, etc.